UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 09-20215

D-13 ROBERT WYNN               Honorable Sean F. Cox

    Defendant.

_____/

## ORDER DETAINING DEFENDANT
## PENDING SENTENCING FOR PROBATION VIOLATIONS

On September 2, 2010, Defendant Robert Wynn ("Defendant") pleaded guilty to violations of his probation, including testing positive for controlled substances. The Court finds that Defendant's continued use of heroin, while in a drug-abuse treatment program indicates that Defendant is a danger to himself and to the community. *See* 18 U.S.C. § 3143. Accordingly, the Court ORDERS that Defendant shall be DETAINED by the United States Marshals pending sentencing for the probation violation.

        IT IS SO ORDERED.

                                            s/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: September 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2010, by electronic and/or ordinary mail.

                                            s/Jennifer Hernandez
                                            Case Manager